| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>MAUREEN P. STEADY, ESQUIRE (MS-6186)<br>KURTZMAN \| STEADY, LLC<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033<br>steady@kurtzmansteady.com<br>Phone (856) 428-1060<br>Fax (609) 482-8011<br>Proposed Attorneys for Maureen P. Steady, as Chapter 7 Trustee | |
| In re:<br><br>TNT RENTAL, LLC,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 22-16751(JNP)<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>Hearing Date: n/a |

| |
|---|
| Recommended Local Form:    **X** Followed                                    ☐ Modified |

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, Karl Knechtel, being of full age, certify as follows:

1. I am seeking authorization for my firm to be retained as Accountants for the Chapter 7 Trustee.

2. My professional credentials include: I am the founding member of RK Consultants, and have 23 years of experience specializing in bankruptcy, insolvency, and forensic accounting services. I am a licensed CPA in the State of New York.

3. I am a member of or associated with the firm of <u>RK Consultants, LLC</u>.

4. The proposed arrangement for compensation is as follows:

   <u>Hourly, based upon the rates in effect at the times the services are rendered, subject to Bankruptcy Court approval.</u>
   <u>The normal hourly billing rates of the professional, subject to annual adjustment at the beginning of the calendar year, are as follows:</u>

   | Name | Rate |
   |---|---|
   | Karl Knechtel, CPA | $400 |
   | Brian Ryniker, CPA | $450 |
   | Brian Jordan, CPA | $325 |
   | Jim Fasolino, CPA | $300 |

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   <u>X</u> None

   ☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   <u>X</u> None

   Describe Connection: _____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   **X** do not hold an adverse interest to the estate.

   **X** do not represent an adverse interest to the estate.

   **X** are disinterested under 11 U.S.C. § 101(14).

   **X** do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

8. If the professional is an auctioneer,

  a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes  ☐ No

  b. My qualifications and previous experience as an auctioneer include: _____

  c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations? ☐ Yes   ☐ No

  If yes, explain:_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

  _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: September 19, 2022        */s/ Karl Knechtel*
                Signature of Professional

                Karl Knechtel
                Name of Professional