| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>MAUREEN P. STEADY, ESQUIRE (MS-6186)<br>KURTZMAN \| STEADY, LLC<br>2 Kings Highway West<br>Suite 102<br>Haddonfield, NJ 08033<br>steady@kurtzmansteady.com<br>Phone (856) 428-1060<br>Fax (609) 482-8011<br>Proposed Attorneys for Maureen P. Steady, as<br>Chapter 7 Trustee |

| In re:              | Chapter 7 |
|---|---|
| TNT RENTAL, LLC,    | Case No. 22-16751(JNP) |
| Debtors.            | Hon. Jerrold N. Poslusny, Jr. |
|                     | Hearing Date: n/a |

## CERTIFICATION OF SERVICE

1.  I, __Maureen P. Steady, Esquire__ :

    **X** represent __the Chapter 7 Trustee__ in this matter.
    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.
    ☐ am the _____ in this case and am representing myself.

2.  On __September 19, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **TRUSTEE'S APPLICATION FOR RETENTION OF ACCOUNTANT**

3.  I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Date: __September 19, 2022__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| E. Richard Dressel, Esquire<br>Lex Nova Law, LLC<br>10 E. Stow Road<br>Suite 250<br>Marlton, NJ 08053 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Michael E. Brown, Esquire<br>Kyle Francis Eingorn, Esquire<br>Dembo, Brown & Burns LLP<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054 | Counsel for Howard B. Some | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |