**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

MAUREEN P. STEADY, ESQUIRE (MS-6186)
KURTZMAN | STEADY, LLC
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
steady@kurtzmansteady.com
Phone (856) 428-1060
Fax (609) 482-8011
Proposed Attorneys for Maureen P. Steady, as Chapter 7 Trustee

Order Filed on March 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

TNT RENTAL, LLC,

          Debtors.

Chapter 7

Case No. 22-16751(JNP)

Hon. Jerrold N. Poslusny, Jr.

Hearing Date: n/a

| Recommended Local Form: | **X** Followed | ☐ Modified |
|---|---|---|

# ORDER AUTHORIZING
## RETENTION OF Accountant FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 14, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: TNT RENTAL, LLC
Case No.: 22-16751(JNP)

Applicant: Maureen P. Steady, Chapter 7 Trustee

**X** Trustee:   **X** Chap. 7   ☐Chap. 11   ☐Chap. 13.

☐ Debtor:   ☐Chap. 11   ☐Chap. 13

☐Official Committee of _____

Professional: <u>RK Consultants, LLC</u>
Karl Knechtel, CPA
1178 Broadway
3rd Floor #1505
New York, NY 10001

☐ Attorney for:

**X** Trustee   ☐ Debtor

☐Official Committee of _____

**X** Accountant for:

☐Trustee   ☐Debtor-in-Possession

☐Official Committee of _____

☐ Other Professional:

☐Realtor   ☐Appraiser   ☐Special Counsel   ☐Auctioneer

☐Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Maureen P. Steady, Chapter 7 Trustee, is authorized to retain the professional, <u>RK Consultants, LLC</u> to act as <u>Accountants for the Trustee</u>.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

2