| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Jeffrey Kurtzman, Esquire JK-7682)<br>**KURTZMAN \| STEADY, LLC**<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ  08033<br>steady@kurtzmansteady.com<br>Telephone: (856) 428-1060<br><br>Attorneys for Maureen P. Steady, as Chapter 7 Trustee | Order Filed on March 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>TNT RENTAL, LLC,<br><br>       Debtor. | Case No. 22-16751 (JNP)<br><br>Chapter 7<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>**Hearing Date:  February 28, 2023 at 11:00 a.m.** |

**ORDER (A) APPROVING THE PAYMENT OF ALLOWED COMPENSATION AND EXPENSES TO CASPERT MANAGEMENT CO., INC. AND (B) AUTHORIZING AND DIRECTING TRUSTEE TO TRANSFER AUCTION PROCEEDS FROM THE ESTATE OF TNT RENTAL, LLC TO THE ESTATE OF MID ATLANTIC PARTY RENTAL, LLC**

   The relief set forth on the following pages, numbered two (2) through (3), is hereby **ORDERED**.

**DATED: March 16, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7348027 v1

(Page 2)

| | |
|---|---|
| Debtor: | TNT RENTAL, LLC, |
| Case No.: | 22-16751 (JNP) |
| Caption: | **ORDER (A) APPROVING THE PAYMENT OF ALLOWED COMPENSATION AND EXPENSES TO CASPERT MANAGEMENT CO., INC. AND (B) AUTHORIZING AND DIRECTING TRUSTEE TO TRANSFER AUCTION PROCEEDS FROM THE ESTATE OF TNT RENTAL, LLC TO THE ESTATE OF MID ATLANTIC PARTY RENTAL, LLC** |

The Court having considered the motion (the "Motion") of Maureen P. Steady (the "Trustee"), as Chapter 7 trustee of the above-captioned debtor, for an order (A) approving the payment of allowed compensation and expenses to Caspert Management Co., Inc. ("Caspert") and (B) authorizing and directing the Trustee to transfer certain auction proceeds from the estate of TNT Rental, LLC ("TNT") to the estate of Mid Atlantic Party Rental, LLC ("Mid Atlantic"), as more particularly described in the Motion, pursuant to 11 U.S.C. §§363(b) and 105(a), and notice of the Motion having been due and proper, and the Court having reviewed the Trustee's reconciliation of the auction proceeds and the proposed reallocation thereof as set forth in the Motion, and good cause appearing for the relief requested in the Motion, it is hereby **ORDERED** pursuant to 11 U.S.C. §§ 363(b) and 105(a) as follows:

1. The Trustee be and hereby is authorized and directed to transfer the sum of $147,932.25 from the estate of TNT to the estate of Mid Atlantic based on the reconciliation of auction proceeds described in the Motion.

2. The Trustee is authorized to disburse to Caspert the sum of $41,135.06 (inclusive of expenses) from the estate of Mid Atlantic on account of Caspert's approved final compensation and expenses.

3. The Trustee is authorized to disburse to Caspert the sum of $6.086.00 from the estate of TNT on account of Caspert's approved final compensation and expenses.

7348027 v1

4. This Court shall retain jurisdiction with respect to the implementation and enforcement of this Order and the transactions authorized herein.

7348027 v1