UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
2Kings Highway West, Suite 102
Haddonfield, NJ 08033
kurtzman@kurtzmansteady.com
(215) 839-1222

Attorneys for Maureen P. Steady, as Chapter 7 Trustee

In Re:
TNT RENTAL, LLC,
        Debtor.

Case No.: 22-16751
Chapter: 7
Hearing Date: May 23, 2023
Judge: Poslusny, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion of Maureen P. Steady, as Chapter 7 Trustee, for an Order Surcharging Collateral of U.S. Small Business Administration Pursuant to 11 U.S.C. Section 506(c)

Date: May 16, 2023

/s/Jeffrey Kurtzman
Signature

*rev.8/1/15*